**FILED**
July 29, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                             )<br>            Plaintiff,                          )<br>v.                                                         )<br>                                                             )<br>RUETHA YUN,                                )<br>                                                             )<br>            Defendant.                      ) | Case No. CR.S-08-0342-JAM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release RUETHA YUN, Case No. CR.S-08-0342-JAM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $100,000.00

       _X_   Unsecured Appearance Bond (Remaining balance)

       _X_   Appearance Bond with Surety (All available equity in subject property)

       _X_   (Other) Conditions as stated on the record.

       ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  07/29/08  at  3:38 pm

By  **GREGORY G. HOLLOWS**
Gregory G. Hollows
United States Magistrate Judge