```
 1  J. Toney
    Attorney at Law
 2  State Bar No. 43143

 3  P.O. Box 1515
    Woodland, California 95776
 4  (530) 666-1908
    yoloconflict@aol.com
 5
    Attorney for Reutha Yun
 6
```

7                IN THE UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9  UNITED STATES OF AMERICA,           ) | |
|                                        ) | Cr. No. 08-0342 MCE |
| 10         Plaintiff,                  ) | |
|                                        ) | STIPULATION AND ORDER |
| 11    v.                               ) | CHANGING CONDITIONS OF |
|                                        ) | RELEASE |
| 12  REUTHA YUN, et al                  ) | |
|                                        ) | |
| 13                                     ) | |
|            Defendants,                 ) | |
| 14  _____) | |

15

16      Pre-Trial Services Officer Beth Baker has discovered that co-
17  defendants REUTHA YUN and TAN TO were drinking at a bar in
18  Sacramento last week.  A fight broke out and one person was
19  stabbed.  Although YUN was apparently not responsible for the
20  assault, Ms Baker recommends that the following condition be
21  added to the conditions of release:
22  14. You are to remain in your residence between the hours of 9:00
23  PM and 6:00 AM unless your absence is approved in advance, by the
24  pretrial services officer.
25      Mr. Yun has agreed to abide with this condition and is
26  installing a home phone to allow pretrial services to monitor
27  compliance.
28  /////

1

1    The parties STIPULATE that the above condition be added to
2 the conditions of release, and request the Court so order.
3
  Dated February 4, 2009
4
5   /s/ JILL THOMAS                    /S/ J. TONEY
  Assistant U.S. Attorney            Attorney for Defendant
6
7
8 IT IS SO ORDERED; it is further ORDERED that all existing pretrial
9 release orders remain in full force and effect.
10 DATED: February 4, 2009.
11
12                    _____
                      DALE A. DRCZD
13                    UNITED STATES MAGISTRATE JUDGE
14
15
16 Ddad1/orders.criminal/yun0342.ord

2