```
1  J. Toney
   Attorney at Law
2  State Bar No. 43143

3  P.O. Box 1515
   Woodland, California 95776
4  (530) 666-1908
   yoloconflict@aol.com
5
   Attorney for Reutha Yun
6
```

7                  IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

```
9  UNITED STATES OF AMERICA,        )
                                    )Cr. No. 08-342 MCE
10         Plaintiff,                )
                                    )STIPULATION AND
11    v.                             )ORDER CHANGING CONDITIONS OF
                                    )RELEASE
12  REUTHA YUN, et al                )
                                    )
13                                   )
           Defendants,                )
14 _____)
```

15

16      Pre-Trial Services Officer Beth Baker has evaluated the

17 conduct of Defendant YUN since a curfew was imposed in February.

18
   She now recommends removal of the following condition:
19
   14. You are to remain in your residence between the hours of 9:00
20
   PM and 6:00 AM unless your absence is approved in advance, by the
21
   pretrial services officer.
22

23      The parties STIPULATE that the above condition be removed

24 from the conditions of release, and request the Court so order.

25
   Dated December 23, 2009
26

27

28
                                       1

1 |    /s/ JILL THOMAS                                         /S/ J. TONEY

Assistant U.S. Attorney                       Attorney for Defendant

SO ORDERED.

    It is further ORDERED that all other existing pretrial release orders remain in full force and effect.

Dated December 23, 2009

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2